FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRICK L. HUNTER,<br><br>   Plaintiff,<br><br>   v.<br><br>REBECCA GISLER, Law Enforcement Notification (LEN) Supervisor; CHAD ROBERTSON, DOC Corrections Counselor; AMY PHENIX, Psychologist Ph.D.; CLAIRE NGUYEN, Assistant Attorney General; JENNIFER WILLIAMS, Correctional Supervisor (CCU) – DOC; and KENDRA SCOTT, DOC Mental Health Specialist,<br><br>   Defendants. | NO: 4:21-CV-5061-RMP<br><br>ORDER TERMINATING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

BEFORE THE COURT is Plaintiff Darrick L. Hunter's Notice of Withdrawal of Motion for Entry of Default Judgment, ECF No. 45. Plaintiff is proceeding *pro se* in the instant matter. Having reviewed the notice, the record, and relevant law, the Court is fully informed and finds that good cause exists to terminate Plaintiff's

ORDER TERMINATING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT ~ 1

1  motion for entry of default judgment.  Accordingly, **IT IS HEREBY ORDERED**

2  that Defendant's Motion for Entry of Default Judgment, **ECF No. 42**, is

3  **TERMINATED**.

4      **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

5  Order, terminate Plaintiff's motion for entry of default judgment, and provide copies

6  to counsel and Plaintiff.

7      **DATED** July 15, 2022.

                            *s/ Rosanna Malouf Peterson*
                            ROSANNA MALOUF PETERSON
                            Senior United States District Judge

ORDER TERMINATING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT ~ 2