FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRICK L. HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>REBECCA GISLER, et al.,<br><br>    Defendants. | No. 4:21-CV-05061-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |

Before the Court is the parties' Stipulated Motion to Dismiss without Prejudice, ECF No. 89. The motion was heard without oral argument. Plaintiff is representing himself in this matter. Defendants are represented by Katherine Faber.

The parties stipulate and ask the Court to dismiss Plaintiff's claims asserted against Defendants without prejudice and dismiss Plaintiff's claim for injunctive relief without prejudice.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss without Prejudice, ECF No. 89, is **GRANTED**.

2. The claims against Defendants Gisler, Robertson, Nguyen, Williams, and Scott are **DISMISSED**, without prejudice.

//

//

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE ~ 1**

3. Plaintiff's claims for injunctive relief are **DISMISSED** without prejudice.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel and Plaintiff, and close the file.

**DATED** this 11th day of February 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE ~ 2**